UNITED STATES of America, Plaintiff-Appellee,

v.

Joe Alvin ANDERSON, Defendant-Appellant.

No. 87–2905.

United States Court of Appeals, Fifth Circuit.

Nov. 3, 1988.

Paula C. Offenhauser, Frances H. Stacy, Don Degabrielle, Asst. U.S. Attys., Houston, Tex., for plaintiff-appellee.

ON SUGGESTION FOR
REHEARING EN BANC

(Opinion August 15, 1988, 5 Cir.,
1988, 853 F.2d 313)

Before CLARK, Chief Judge, GEE,
RUBIN, REAVLEY, POLITZ, KING,
JOHNSON, WILLIAMS, GARWOOD,
JOLLY, HIGGINBOTHAM, DAVIS,
JONES, and SMITH, Circuit Judges.

BY THE COURT:

A member of the Court in active service having requested a poll on the suggestion for rehearing en banc and a majority of the judges in active service having voted in favor of granting a rehearing en banc,

IT IS ORDERED that this cause shall be reheard by the Court en banc with oral argument on a date hereafter to be fixed. The Clerk will specify a briefing schedule for the filing of supplemental briefs.